UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MARIO AUGOSTO LOPES BARROS,

 Petitioner,

 v.               CAUSE NO. 3:25cv1091 DRL-SJF

SAMUEL OLSON, BRIAN ENGLISH,
TODD LYONS, and KRISTI NOEM,

 Respondents.

## ORDER

 Immigration detainee Mario Augosto Lopes Barros, by counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, arguing his detention by United States Immigration and Customs Enforcement (ICE) violated the laws and Constitution of the United States. The respondents filed a notice that he has been removed from the United States to Cape Verde and is no longer in the custody of ICE. The parties agree that, because a petition under § 2241 is limited to reviewing the legality of detention, his petition is now moot and agree to dismiss this matter.

 Accordingly, the court DISMISSES the petition as MOOT and DIRECTS the clerk to close this case.

 SO ORDERED.

 February 18, 2026           *s/ Damon R. Leichty*
                   Judge, United States District Court